```
 1 | LIONEL Z. GLANCY #134180
   | PETER A. BINKOW   #173848
 2 | SUSAN G. KUPFER #141724
   | GLANCY BINKOW & GOLDBERG LLP
 3 | 1801 Avenue of the Stars, Suite 311
   | Los Angeles, California 90067
 4 | Telephone:  (310) 201-9150
   | Facsimile:   (310) 201-9160
 5 |
   | Attorneys for Lead Plaintiff Lance A. Johnson
 6 | [Additional Counsel Appear on Signature Page]
```



RECEIVED
JUL 26 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re INTERMUNE SECURITIES LITIGATION | Master File No. C 03-2954 SI |
|---|---|
| This Document Relates To: All Actions | STIPULATION AND [PROPOSED] ORDER TO REMOVE MISTAKENLY FILED DOCUMENT FROM THE DOCKET |

WHEREAS, by Order dated June 27, 2005, the Court granted preliminary approval to the Settlement in this action, scheduled the Final Approval hearing for August 26, 2005 and ordered counsel for Lead Plaintiff and the Settlement Class to file their motion for attorneys' fees on or before July 22, 2005;

WHEREAS, Lead Plaintiff filed his Motion for Attorney Fees and Reimbursement of Expenses ("Motion for Attorney Fees") on July 22, 2005;

WHEREAS, also on July 22, 2005, Lead Plaintiff filed the Declaration of Richard Joffe and the Declaration of Ira A. Schochet, both in support of the Motion for Attorneys Fees;

WHEREAS, the Declaration of Ira A. Schochet is, and was also filed as, Exhibit 3 to the Declaration of Richard Joffe, but was also inadvertently and duplicatively filed as a separate document on the docket, document #137;

WHEREAS, pursuant to the court's rules, Liaison Counsel for Lead Plaintiff, Glancy Binkow & Goldberg LLP, notified the Clerk of the Court regarding the duplicative filing and requested that the Declaration of Ira A. Schochet be removed from the docket;

1    WHEREAS, pursuant to the Court's rules, the Declaration of Ira A. Schochet was labeled
2 by the Clerk of the Court, on the docket as: "*** FILED IN ERROR. NO NEW DOCUMENT. ***",
3 but remains on the docket pending the Court's order to remove permanently the document from the
4 docket;

5    WHEREAS, the parties are concerned that class members, especially class member not
6 familiar with the court system, may become confused by the duplicative filing and labeling;

7    THEREFORE, subject to the Court's approval, the parties stipulate that the document
8 currently listed as document #137 on the docket, the Declaration of Ira A. Schochet in Support of
9 Motion for Attorney Fees And Reimbursement of Expenses, should be permanently removed from
10 the docket.

11    IT IS SO STIPULATED.

13 DATED: July 26, 2005

14 Lionel Z. Glancy
Peter A. Binkow
15 Susan G. Kupfer
Glancy Binkow & Goldberg LLP
16 1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

18 __S/Lionel Z. Glancy__
**Liaison Counsel for Plaintiffs**

20 Ira A. Schochet
Lynda J. Grant
21 Richard T. Joffe
Goodkind Labaton Rudoff & Sucharow LLP
22 100 Park Avenue
New York, New York 10017

24 **Counsel for Lead Plaintiff Lance A. Johnson**

13 DATED: July 26, 2005

William S. Freeman
Mary Beth O'Connor
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

__S/William S. Freeman__
**Counsel for Defendants**

STIPULATION AND [PROPOSED] ORDER TO REMOVE MISTAKENLY FILED DOCUMENT FROM THE DOCKET       2

## ORDER

Pursuant to stipulation, and with good cause appearing, the document currently listed as document #137 on the docket, the Declaration of Ira A. Schochet in Support of Motion for Attorney Fees And Reimbursement of Expenses, shall be permanently removed from the docket.

DATED: 7/28/05

Hon. Susan Illston
United States District Judge