LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL GOLDBERG #188669
SUSAN KUPFER #141724
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067, and
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Lead Plaintiff Lance A. Johnson
*[Additional Counsel Appear on Last Page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re INTERMUNE SECURITIES LITIGATION,<br><br>This Document Relates to:<br>All Actions. | Master File No. C 03-2954 SI<br><br>**CLASS ACTION**<br><br>Hon. Susan Illston<br><br>**[PROPOSED] ORDER AUTHORIZING THE DISBURSEMENT OF THE NET SETTLEMENT FUND** |

NOW, THEREFORE, the Court having considered the motion for an order authorizing disbursement of the net settlement fund,

IT IS HEREBY ORDERED THAT:

1. The 201 late claims referenced in Exhibit E to the Affidavit of Thomas R. Glenn (the "Glenn Affidavit") are hereby approved as claimants to receive distribution from the net settlement fund;

2. The Claims Administrator, Complete Claims Solutions, LLC, shall be paid $178,454.81 from the Net Settlement Fund;

3. The balance of the Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a pro rata basis to the Authorized Claimants identified in Exhibit C to the Glenn Affidavit, at the direction of Lead Counsel, Labaton Sucharow & Rudoff, LLP, pursuant to the

Stipulation of Settlement and the Plan of Allocation set forth in the "Notice of Pendancy and Proposed Settlement of Class Action" that was distributed pursuant to this Court's prior Order, and

4. Any person asserting any rejected or subsequently filed claims are finally and forever barred from the date of this Order.

Dated: 1/19/07 , ~~2006~~

_____
Hon. Susan Illston

**LABATON RUDOFF & SUCHAROW LLP**
Ira A. Schochet, *Pro Hac Vice*
Richard T. Joffe, *Pro Hac Vice*
100 Park Avenue
New York, New York 10017
Tel: (212) 907-0700
Fax: (212) 818-0477
*Lead Counsel for Lead Plaintiff and the Settlement Class*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy #134180
Peter A. Binkow #173848
Michael Goldberg #188669
Susan Kupfer #141724
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
*Local Counsel for Lead Plaintiff and the Settlement Class*

**LERACH COUGHLIN STOIA & ROBBINS LLP**
Kimberly C. Epstein
Eli R. Greenstein
100 Pine Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534

**ROY L. JACOBS**
292 Madison Avenue – 15th Avenue
New York, NY 10016
Tel: (646) 742-9860
Fax: (212) 504-8343

*Additional Counsel for Lead Plaintiff and the Settlement Class*

635791 v1
[10/31/2006 19:28]